No. 78–1188.   SPICKLER v. BRENGELMANN ET UX., 440 U. S. 971;

No. 78–1225.   ETKES v. BARTELL MEDIA CORP. ET AL., 440 U. S. 978;

No. 78–5916.   VEAL v. ILLINOIS, *ante*, p. 908;

No. 78–6089.   BLANTON v. ENGLE, CORRECTIONAL SUPERINTENDENT, ET AL., 440 U. S. 979;

No. 78–6143.   JAWA v. FAYETTEVILLE STATE UNIVERSITY ET AL., 440 U. S. 974;

No. 78–6169.   HOHENSEE v. SPADINE, 440 U. S. 974;

No. 78–6190.   DELESPINE v. ESTELLE, CORRECTIONS DIRECTOR, 440 U. S. 984;

No. 78–6192.   WOOD v. JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL., 440 U. S. 984;

No. 78–6290.   ROWAN v. UNITED STATES, 440 U. S. 976; and

No. 78–6348.   GORDON v. UNITED STATES, *ante*, p. 912. Petitions for rehearing denied.   MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 78–5535.   BODDE v. TEXAS, 440 U. S. 968.   Motion for leave to file petition for rehearing denied.

## MAY 17, 1979

No. 78–1400.   COWLES BROADCASTING, INC., ET AL. v. CENTRAL FLORIDA ENTERPRISES, INC., ET AL.   C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 60.

## MAY 21, 1979

No. 78–1300.   GENERAL WAREHOUSEMEN & HELPERS LOCAL 767 v. STANDARD BRANDS, INC.   C. A. 5th Cir.   Certiorari dismissed under this Court's Rule 60.